FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| OVIDIO VILLARREAL, | ) | Case No. 10-26211 |
| | ) | |
| Debtor. | ) | Hon. Judge Jacqueline P. Cox |

**COVER SHEET FOR THE FINAL APPLICATION OF MCGUIREWOODS LLP, COUNSEL TO THE TRUSTEE FOR ALLOANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | |
|---|---|
| Name of Applicant: | McGuireWoods LLP |
| Authorized to Provide Professional Services to: | Richard J. Mason, Ch. 7 Trustee |
| Date of Retention Order: | August 9, 2011 Effective as of April 22, 2011 |
| Period for which Compensation is Sought | April 22, 2011 through Closing of Case |
| Amount of Fees Sought: | $8,631.00 |
| Amount of Expense Reimbursement Sought: | $95.98 |
| This is an: | Interim Application ____    Final Application X |

| Date Filed | Period Covered | Total Fees and Expenses Requested | Total Fees and Expenses Allowed |
|---|---|---|---|
| N/A | No Previous Applications Filed | N/A | N/A |

Richard J. Mason, Trustee of the Bankruptcy Estate of Ovidio Villarreal

Date: November 21, 2012

By: /s/ Paul J. Catanese
Paul J. Catanese

Richard J. Mason, P.C. (ARDC #01787659)
Paul J. Catanese (ARDC #06292530)
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois  60601-1815
(312) 849-8100

FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| OVIDIO VILLARREAL, | ) | Case No. 10-26211 |
| | ) | |
| Debtor. | ) | Hon. Judge Jacqueline P. Cox |

**FINAL APPLICATION OF MCGUIREWOODS LLP, COUNSEL TO THE TRUSTEE, FOR ALLOWANCE OF COMPENATION AND REIMBURSEMENT OF EXPENSES**

McGuireWoods LLP ("McGuireWoods" or the "Applicant"), counsel for Richard J. Mason, not individually but solely as the trustee (the "Trustee") in the above-captioned bankruptcy case, submits this Final Application (the "Application") of McGuireWoods for Allowance of Compensation and Reimbursement of Expenses as Counsel for the Trustee for Certain Services (the "Applicable Services") provided to the Trustee during the Period from April 22, 2011 through closing of the case (the "Compensation Period") and requests the entry of an order allowing and authorizing payment of compensation (the "Compensation") in the amount of $7,831.00 and reimbursement of expenses (the "Expense Reimbursement") in the amount of $95.98 for services provided and expenses incurred by McGuireWoods as counsel to the Trustee, plus an anticipated two hours of time for Paul J. Catanese associated with matters related to the closing of the case (in the amount of $800.00); and, in support thereof, respectfully states as follows:

1. This is a core matter pursuant to 28 U.S.C. §157(b)(2)(A).

2. The Court has jurisdiction over this statement pursuant to 28 U.S.C. §§157(b)(2) and 1334.

3. Venue for these cases and this Application is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**BACKGROUND**

4. On or about June 10, 2010, Ovidio Villarreal (the "Debtor") filed a voluntary petition under Chapter 7 of Title 11 of the United states Code (the "Code").

5. On or about July 29, 2011, the Trustee filed a Motion to Retain McGuireWoods LLP effective as of April 22, 2011 **[Docket #23].**

6. On or about July 29, 2012, the Trustee filed a Motion to Sell Property free and clear of Lien **[Docket #24.].**

7.  On or about August 9, 2011, the court entered an Order **[Docket #25]** authorizing the Trustee to Sell Property free and clear of Lien.

8.  On or about August 9, 2011, the Court entered an Order **[Docket #26]** authorizing the Trustee to retain McGuireWoods LLP effective as April 22, 2011.

## RELIEF REQUESTED

9.  Through this Application, McGuireWoods seeks the entry of an order, pursuant to sections 330 and 331 of the Bankruptcy Code, approving and authorizing payment of the Compensation in the amount of $7,831.00 plus $800.00 of additional time associated with closing of the case anticipated to be incurred and the Expense Reimbursement in the amount of $95.98 incurred representing the Trustee during the entire pendency of this case. A detailed abstract containing specific summaries of all of the services provided by McGuireWoods, including all fees charged and all expenses incurred, is attached hereto as Exhibit A. As detailed in Paragraph 12 below, McGuireWoods anticipates two hours of time that is not indicated in Exhibit A.

## APPLICANT'S ACTIVITIES

10.  During the Compensation Period, the Applicant (1) drafted and appeared before the Court on the Trustee's Motion to Retain Real Estate Broker; (2) drafted and appeared before the Court on the Trustee's Motion to Sell Property free and clear of Lien; (3) coordinated with the Real Estate Broker to sell Property and (4) attended the closing of the sale of the property.

11.  The normal hourly rates charged by the principals, associates, and paraprofessionals of McGuireWoods for the period covered by this application are as follows:

| Name | Title | Specialty | Total Hours | Rate ($/hour) | Total Value |
|---|---|---|---|---|---|
| John F. Pollick | Partner | Bankruptcy | 0.80 | $525.00 | $420.00 |
| Paul J. Catanese | Associate | Bankruptcy | 15.80 | $350.00 | $5,530.00 |
| Kimberly McFarland | Paralegal | Bankruptcy | 3.90 | $240.00 | $936.00 |
| Kimberly McFarland | Paralegal | Bankruptcy | 4.20 | $225.00 | $945.00 |

12.  The Applicant anticipates expending but has not yet incurred at least two hours of time related to the closing of the case. The work in this category involves and is anticipated to primarily involve the following: 1) discussions with the Trustee and parties in interest related to the closing of this case and (2) appearances in court related to the closing of this case.

13. This Application has been prepared with the intention of complying with the applicable standards set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and Local Rule of Bankruptcy Procedure 5082-1.

14. All of the services performed by McGuireWoods for which he is seeking the Compensation and Expense Reimbursement were performed for and on behalf of the Trustee.

15. None of the payments received by McGuireWoods will be shared with any other party, nor are these payments subject to any sharing arrangement between McGuireWoods and any third party.

16. In accordance with section 330 of the Bankruptcy Code, McGuireWoods represents that the amount of fees and expenses are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services rendered; (c) the value of such services; and (d) the costs of comparable services other than in a case under the Bankruptcy Code.

## EXPENSES

17. In addition, McGuireWoods incurred certain reasonable and necessary expenses during its representation of the Trustee in the amount of $95.98. A detailed breakdown of these expenses is contained in Exhibit A. The expenses relate to charges for: (i) PACER research charges.

WHEREFORE, the Applicant prays this Court to enter an order:

A. Authorizing the Trustee to pay McGuireWoods compensation in the amount of $7,831.00 plus $800.00;

B. Authorizing the Trustee to pay McGuireWoods LLP Expense Reimbursement in the amount of $95.98;

C. Granting such further relief as the Court deems just and appropriate.

Dated: November 21, 2012

Respectfully submitted,

RICHARD J. MASON, Trustee of the Bankruptcy Estate of Ovidio Villarreal

By: /s/ Paul J. Catanese
Paul J. Catanese

Richard J. Mason, P.C. (ARDC #01787659)
Paul J. Catanese (ARDC #06292530)
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100

40709644_1

# McGUIREWOODS

| | |
|---|---|
| Richard J. Mason PC | 77 West Wacker Drive, Suite 4100 |
| 312.750.3527 | Chicago, Illinois 60601-1818 |

October 25, 2012

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 OR (800) 775-2202

INVOICE NO. 91497766

Ovidio Villarreal Bankruptcy Estate
Richard J. Mason as Trustee
77 W. Wacker Drive - Suite 4100
Chicago, IL 60601

TAX ID NO. 54-0505857

Re: Ovidio Villarreal, Bankruptcy Estate of, Richard J. Mason
    Trustee
    Our File No.:        2062272-0001


Balance Forward from Prior Invoices:                              $0.00
 (IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)

Current Invoice:
    Current Fees:              $7,831.00
    Current Disbursements:        $95.98
    **Current Invoice Total:**                                $7,926.98

    Total Balance Due for this Matter:                        $7,926.98


        PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

            McGuireWoods LLP
            Attn: Accounts Receivable
            901 E. Cary Street
            Richmond, VA 23219-4030

        **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGUIREWOODS

| | |
|---|---|
| Richard J. Mason PC | 77 West Wacker Drive, Suite 4100 |
| 312.750.3527 | Chicago, Illinois 60601-1818 |

October 25, 2012

Ovidio Villarreal Bankruptcy Estate
Richard J. Mason as Trustee
77 W. Wacker Drive - Suite 4100
Chicago, IL 60601

Bill Through: 10/25/12

**INVOICE NO. 91497766**                                   **TAX ID NO. 54-0505857**

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: Ovidio Villarreal, Bankruptcy Estate of, Richard J. Mason
    Trustee
    Our File No.:          2062272-0001

| | | |
|---|---|---|
| 04/22/11 | Review Villarreal deed and discuss the same with R. Mason and negotiate with agent (.8); review local rules related to notice of abandonment (.3)<br>    Paul J. Catanese | 1.10 |
| 04/27/11 | Address parking spot sale issues<br>    Paul J. Catanese | .10 |
| 05/04/11 | Telephone conference with real estate agent regarding Ovidio Villarreal<br>    Kimberly McFarland | .20 |
| 05/05/11 | Address sale of parking spot issues<br>    Paul J. Catanese | .30 |
| 05/05/11 | Telephone call to counsel for potential purchaser of parking spot (the Villa Real matter)<br>    Paul J. Catanese | .10 |
| 05/11/11 | Telephone conference to various parties regarding the sale of parking spot (Villareal)<br>    Paul J. Catanese | .40 |

Ovidio Villarreal, Bankruptcy Estate of, Richard J. Mason
File Number: 2062272-0001                                          Page    2
Invoice No. 91497766                                          October 25, 2012

| Date | Description | Hours |
|---|---|---|
| 05/19/11 | Telephone conference with D. Allen, counsel for buyer and J. Carr<br>Paul J. Catanese | .30 |
| 06/24/11 | Prepare motion to sell property regarding Ovidio Villarreal<br>Kimberly McFarland | 3.40 |
| 07/18/11 | Draft motion to sell parking spot<br>Paul J. Catanese | 1.00 |
| 07/19/11 | Draft motion to sell parking space free and clear<br>Paul J. Catanese | 1.50 |
| 07/20/11 | Review of sale contract regarding condominium and related issues (.3); review and revision of proposed Motion to Sell Real Estate (.5)<br>John F. Pollick | .80 |
| 07/20/11 | Draft Motion to Sell<br>Paul J. Catanese | 1.00 |
| 07/27/11 | Draft e-mail to buyer's counsel confirming updated sales terms (.3); revise motion to be filed (.8)<br>Paul J. Catanese | 1.10 |
| 07/28/11 | Finalize motion for filing<br>Paul J. Catanese | .70 |
| 07/29/11 | Finalize motions to sell and arrange for service of the same<br>Paul J. Catanese | .50 |
| 08/04/11 | Address issues with respect to allowing the purchaser to park pending sale of parking spot<br>Paul J. Catanese | 1.40 |
| 08/09/11 | Travel to and attend court on Motion to Retain Counsel and Motion to Sell Free and Clear (.7); prepare for court (.2)<br>Paul J. Catanese | .90 |
| 08/11/11 | Coordinate closing date with buyer's counsel<br>Paul J. Catanese | .20 |

Ovidio Villarreal, Bankruptcy Estate of, Richard J. Mason
File Number: 2062272-0001                                    Page    3
Invoice No. 91497766                                         October 25, 2012

```
08/16/11  E-file an Initial Asset Report for Ovidio                .60
          Villarreal (.2); open Money Market Account for
          Ovidio Villarreal (.2); telephone conference
          with BMS regarding wiring instructions
          regarding ovidio Villarreal (.2)
             Kimberly McFarland

08/17/11  Draft Warranty Deed                                      .60
             Paul J. Catanese

08/18/11  Revise quit claim deed (.3); telephone call to           .50
          buyer's counsel regarding closing (.2)
             Paul J. Catanese

08/19/11  Revise quit claim deed per request from seller           .50
          and provide certain closing documents
             Paul J. Catanese

08/23/11  Review certain documents needed for tomorrow's          1.70
          closing
             Paul J. Catanese

08/24/11  Sign certain closing documents (.2); travel to          1.90
          and attend closing (1.7)
             Paul J. Catanese

05/07/12  Preparing to close Ovidio Villarreal case - 2.5         2.50
             Kimberly McFarland

05/09/12  Reviewing Trustee matters invoice and marking            .90
          time billed for Ovidio Villarreal - 0.9
             Kimberly McFarland

05/30/12  Telephone call to Angela re draft invoice - .2;          .50
          Reviewing draft invoice - .3
             Kimberly McFarland
```

| Timekeeper         | Rate/HR  | Hours | Fees       |
|--------------------|----------|-------|------------|
| John F. Pollick    | $525.00  | 0.8   | $420.00    |
| Paul J. Catanese   | $350.00  | 15.8  | $5,530.00  |
| Kimberly McFarland | $240.00  | 3.9   | $936.00    |
| Kimberly McFarland | $225.00  | 4.2   | $945.00    |

```
Ovidio Villarreal, Bankruptcy Estate of, Richard J. Mason
File Number: 2062272-0001                              Page    4
Invoice No. 91497766                                   October 25, 2012
```

|  |  |  |
|---|---|---|
| TOTAL FEES | 24.7 | $7,831.00 |

Disbursements and Other Expenses:
    Copy Charges                                                         $69.10
    Postal Service Charges                                $26.88

              TOTAL EXPENSES                          $95.98

Summary of Fees and Expenses:

    Total Fees for Matter:                $7,831.00

    Total Expenses for Matter:            $95.98

    Total for this Invoice:              $7,926.98