UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: VILLARREAL, OVIDIO | § | Case No. 10-26211 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that RICHARD J. MASON_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Office of Court Clerk
U.S. Bankruptcy Court
219 S Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/20/2012 in Courtroom 680, United States Courthouse,
219 S Dearborn
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 11/21/2012          By: /s/ Richard J. Mason
                                              Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: VILLARREAL, OVIDIO               § Case No. 10-26211
                                        §
                                        §
                                        §
Debtor(s)                               §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 16,325.68 |
| and approved disbursements of | $ 635.15 |
| leaving a balance on hand of [1] | $ 15,690.53 |

**Balance on hand:**                             $       15,690.53

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $         0.00
Remaining balance:                        $    15,690.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD J. MASON | 2,382.57 | 0.00 | 2,382.57 |
| Attorney for Trustee, Fees - McGuireWoods LLP | 8,631.00 | 0.00 | 8,631.00 |
| Attorney for Trustee, Expenses - McGuireWoods LLP | 95.98 | 0.00 | 95.98 |

Total to be paid for chapter 7 administration expenses:   $    11,109.55
Remaining balance:                                         $     4,580.98

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $     0.00
Remaining balance:   $   4,580.98

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $     0.00
Remaining balance:   $   4,580.98

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,429.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA Card Services,NA,successor to | 9,781.83 | 0.00 | 3,605.15 |
| 2 | American Express Bank, FSB | 1,382.99 | 0.00 | 509.71 |
| 3 | Chase Bank USA NA | 1,264.72 | 0.00 | 466.12 |

Total to be paid for timely general unsecured claims:   $   4,580.98
Remaining balance:   $     0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD J. MASON
Trustee

RICHARD J. MASON
77 West Wacker Drive
Suite # 4100
Chicago, IL  60601-1815
(312) 750-3597

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                            Case No. 10-26211-JPC
Ovidio Villarreal                                                 Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: vrowe               Page 1 of 2               Date Rcvd: Nov 26, 2012
                              Form ID: pdf006          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2012.
db          #+Ovidio Villarreal,    1131 S. West 3rd Ave,   Apt 10,    Ontario, OR 97914-2154
15696045     +AMEX,    PO Box 981537,    El Paso, TX 79998-1537
17763233      American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,    Malvern, PA 19355-0701
15696046      Bank of America,    4060 Ogletown/Stanton Road,   DE5-019-03-07,    Newark, DE 19713
15696048     +Chase,    201 N. Walnut St/DE1-1027,    Wilmington, DE 19801-2901
15696047      Chase,   PO Box 24696,    Columbus, OH 43224-0696
17765580      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
15696049      Chase Home Finance,    PO Box 78420,    Phoenix, AZ 85062-8420
17709664      FIA Card Services,NA,successor to,    Bank of America,NA(USA) and,   MBNA America Bank, N.A.,
               PO Box 15102,    Wilmington, DE 19886-5102
15696050      Linebarger, Goggan, Blair, Simpson,    PO Box 06268,    Chicago, IL 60606-0268
15696051     +Stroger Hospital,    1900 W Polk Street,   Suite G-9,    Chicago, IL 60612-3723
15696052     +TCF National Bank,    801 Marquette Ave.,   Minneapolis, MN 55402-3475
15696053     +TCF National Bank,    555 E. Butterfield Rd.,   Lombard, IL 60148-5612
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: Ebrooks@mcguirewoods.com Nov 27 2012 03:30:06     McGuire Woods LLP,
               77 W Wacker Dr., Ste 4100,   Chicago, IL 60601-1818
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 28, 2012**                **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: vrowe              Page 2 of 2             Date Rcvd: Nov 26, 2012
                              Form ID: pdf006          Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2012 at the address(es) listed below:
          David M Siegel   on behalf of Debtor Ovidio Villarreal davidsiegellaw@hotmail.com,
           davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Paul  Catanese   on behalf of Trustee Richard Mason pcatanese@mcguirewoods.com,
           docket@mcguirewoods.com
          Richard J Mason   rmason@mcguirewoods.com,  IL54@ecfcbis.com
          Ronald J. Kapustka   on behalf of Creditor   3600 Pine Grove Court Condominium Association
           ndaily@ksnlaw.com,  bankruptcy@ksnlaw.com
          Steven C Lindberg   on behalf of Creditor   Chase Home Finance LLC bankruptcy@fallaw.com
                                                                                           TOTAL: 6