**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: VILLARREAL, OVIDIO           § Case No. 10-26211
                                     §
                                     §
                                     §
Debtor(s)                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD J. MASON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $233,500.00             Assets Exempt: $19,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,580.98      Claims Discharged
                                                Without Payment: $7,848.56

Total Expenses of Administration: $11,744.70

---

    3) Total gross receipts of $ 16,325.68 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $16,325.68 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,127.27 | 14,127.27 | 11,744.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 12,429.54 | 12,429.54 | 4,580.98 |
| **TOTAL DISBURSEMENTS** | $0.00 | $26,556.81 | $26,556.81 | $16,325.68 |

4) This case was originally filed under Chapter 7 on June 10, 2010. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/10/2013     By: /s/RICHARD J. MASON
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Parking Space #181 3660 N. Lakeshore Drive, Chic | 1110-000 | 16,325.00 |
| Interest Income | 1270-000 | 0.68 |
| **TOTAL GROSS RECEIPTS** | | **$16,325.68** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD J. MASON | 2100-000 | N/A | 2,382.57 | 2,382.57 | 0.00 |
| McGuireWoods LLP | 3110-000 | N/A | 8,631.00 | 8,631.00 | 8,631.00 |
| McGuireWoods LLP | 3120-000 | N/A | 95.98 | 95.98 | 95.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 32.38 | 32.38 | 32.38 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.65 | 35.65 | 35.65 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.35 | 33.35 | 33.35 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.41 | 35.41 | 35.41 |
| International Sureties, LTD. | 2300-000 | N/A | 176.50 | 176.50 | 176.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.83 | 31.83 | 31.83 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.69 | 32.69 | 32.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.54 | 31.54 | 31.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.82 | 35.82 | 35.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.40 | 31.40 | 31.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.58 | 34.58 | 34.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.43 | 33.43 | 33.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.13 | 30.13 | 30.13 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.44 | 35.44 | 35.44 |
| Richard J. Mason, Trustee | 2100-000 | N/A | 2,382.57 | 2,382.57 | 2,382.57 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$14,127.27** | **$14,127.27** | **$11,744.70** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA Card Services,NA,successor to | 7100-000 | N/A | 9,781.83 | 9,781.83 | 3,605.15 |
| 2 | American Express Bank, FSB | 7100-000 | N/A | 1,382.99 | 1,382.99 | 509.71 |
| 3 | Chase Bank USA NA | 7100-000 | N/A | 1,264.72 | 1,264.72 | 466.12 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $12,429.54 | $12,429.54 | $4,580.98 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-26211  **Trustee:** (330470) RICHARD J. MASON
**Case Name:** VILLARREAL, OVIDIO  **Filed (f) or Converted (c):** 06/10/10 (f)
 **§341(a) Meeting Date:** 08/16/10
**Period Ending:** 09/10/13  **Claims Bar Date:** 11/16/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Condominium 3600 N. Pine Grove Ave., Apt. 2A, Ch   Orig. Asset Memo: Imported from original petition Doc# 1 | 230,500.00 | 0.00 | | 0.00 | FA |
| 2  Parking Space #181 3660 N. Lakeshore Drive, Chic   Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 500.00 | | 16,325.00 | FA |
| 3  Checking Account North Community Bank   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4  T.V., & Furniture   Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 5  Normal Apparel   Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| Int  INTEREST (u) | Unknown | N/A | | 0.68 | Unknown |
| 6  Assets  Totals (Excluding unknown values) | **$235,500.00** | **$500.00** | | **$16,325.68** | **$0.00** |

**Major Activities Affecting Case Closing:**

 We will file a TFR

**Initial Projected Date Of Final Report (TFR):** May 31, 2012  **Current Projected Date Of Final Report (TFR):** November 15, 2012

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-26211  
**Case Name:** VILLARREAL, OVIDIO  
**Taxpayer ID #:** **-***5971  
**Period Ending:** 09/10/13  

**Trustee:** RICHARD J. MASON (330470)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******29-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/25/11 | {2} | Premier Title | | 1110-000 | 16,325.00 | | 16,325.00 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 16,325.03 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,325.16 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 16,300.16 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,300.29 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.38 | 16,267.91 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,268.04 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.65 | 16,232.39 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,232.52 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.35 | 16,199.17 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,199.30 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.41 | 16,163.89 |
| 02/09/12 | 1001 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #10-26211 Voided on 02/09/12 | 2300-000 | | ! 179.93 | 15,983.96 |
| 02/09/12 | 1001 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #10-26211 Voided: check issued on 02/09/12 | 2300-000 | | ! -179.93 | 16,163.89 |
| 02/09/12 | 1002 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/09/2012 FOR CASE #10-26211, Bond #016026455 | 2300-000 | | 176.50 | 15,987.39 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.83 | 15,955.56 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.69 | 15,922.87 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.54 | 15,891.33 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.82 | 15,855.51 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.40 | 15,824.11 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.58 | 15,789.53 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.43 | 15,756.10 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.13 | 15,725.97 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.44 | 15,690.53 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033047088 20121220 | 9999-000 | | 15,690.53 | 0.00 |

Subtotals : $16,325.68  $16,325.68

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 09/10/2013 09:47 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-26211
**Case Name:** VILLARREAL, OVIDIO

**Trustee:** RICHARD J. MASON (330470)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******29-65 - Checking Account

**Taxpayer ID #:** **-***5971
**Period Ending:** 09/10/13

**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 16,325.68 | 16,325.68 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 15,690.53 | |
| | | | **Subtotal** | | 16,325.68 | 635.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$16,325.68** | **$635.15** | |

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 09/10/2013 09:47 AM     V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-26211 | | **Trustee:** | RICHARD J. MASON (330470) |
|---|---|---|---|---|
| **Case Name:** | VILLARREAL, OVIDIO | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****545766 - Checking Account |
| **Taxpayer ID #:** | **-***5971 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 09/10/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 15,690.53 | | 15,690.53 |
| 12/26/12 | 11003 | Richard J. Mason, Trustee | | 2100-000 | | 2,382.57 | 13,307.96 |
| 12/26/12 | 11004 | McGuire Woods, LLP | | | | 8,726.98 | 4,580.98 |
| | | | 8,631.00 | 3110-000 | | | 4,580.98 |
| | | | 95.98 | 3120-000 | | | 4,580.98 |
| 12/26/12 | 11005 | FIA Card Services,NA,successor to | | 7100-000 | | 3,605.15 | 975.83 |
| 12/26/12 | 11006 | American Express Bank, FSB | | 7100-000 | | 509.71 | 466.12 |
| 12/26/12 | 11007 | Chase Bank USA NA | | 7100-000 | | 466.12 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 15,690.53 | 15,690.53 | $0.00 |
| | | Less: Bank Transfers | | | 15,690.53 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 15,690.53 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $0.00 | $15,690.53 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******29-65** | 16,325.68 | 635.15 | 0.00 |
| **Checking # ****545766** | 0.00 | 15,690.53 | 0.00 |
| | $16,325.68 | $16,325.68 | $0.00 |

{} Asset reference(s)    Printed: 09/10/2013 09:47 AM    V.13.13